**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1919**

———————

TEOFISTA ESTRELLA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

———————

On Petition for Review of an order of the Board of Immigration
Appeals.  (A70-568-442)

———————

Submitted:  December 14, 2001        Decided:  January 11, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul Shearman Allen, Pauline M. Schwartz, PAUL SHEARMAN ALLEN &
ASSOCIATES, Washington, D.C., for Petitioner.  Robert D. McCallum,
Jr., Assistant Attorney General, Margaret J. Perry, Senior Liti-
gation Counsel, Audrey I. Benison, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Teofista Estrella petitions for review of a final order of the Board of Immigration Appeals (Board) denying her application for asylum. Estrella claims the evidence was sufficient to prove her persecutor's mixed motive, her well-founded fear of persecution on account of her political opinion, and that she did not have an option of internal relocation. After a thorough review of the record, we conclude substantial evidence supports the Board's findings that Estrella failed to establish that her fear and the incidents of extortion were related to her political opinion and that she failed to demonstrate her inability to relocate within the Philippines. See 8 U.S.C.A. § 1252(b)(4)(B) (West 1999); Huaman-Cornelio v. Board of Immigration Appeals, 979 F.2d 995 (4th Cir. 1992). We accordingly affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2